UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mohammed Shedly Louati et al, | |
| Plaintiff | |
| | Civil Action No. 1:17-cv-10720-GAO |
| Thomas F. King et al, | |
| Defendant | |

ORDER OF DISMISSAL

July 24th, 2018

O'Toole, D.J.

In accordance with the Court's Order dated July 24, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley

Deputy Clerk